IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| HERNAN R. GARZA, III § <br> § <br> vs. § <br> § <br> RIO GRANDE CITY CONSOLIDATED § <br> INDEPENDENT SCHOOL DISTRICT, § <br> DANIEL J. GARCIA, EDUARDO § <br> RAMIREZ NORBERTO CANTU, § <br> BENITO SAENZ AND JUDITH SOLIS, § <br> INDIVIDUALLY AND IN THEIR § <br> CAPACITY AS MEMBERS OF THE § <br> BOARD OF TRUSTEES, AND JOEL § <br> TRIGO IN HIS OFFICIAL AND § <br> INDIVIDUAL CAPACITY § | CIVIL ACTION NO. 7:16-CV-00641 |

_____

NOTICE OF APPEARANCE OF OCTAVIA D. MARTINEZ
AS CO-COUNSEL FOR HERNAN R. GARZA, III
_____

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Notice is hereby given that the undersigned attorney, Octavia D. Martinez of Jones, Galligan, Key & Lozano, L.L.P., is entering an appearance as co-counsel in this matter for the purpose of receiving notices and orders from the Court and shall be appearing for Plaintiff at the initial pretrial and scheduling conference set for March 8, 2017, at 9:00 a.m.

Respectfully Submitted,

By:	/s/IVAN F. PÉREZ
IVAN F. PÉREZ, Attorney-In-Charge
Federal I.D. No.:  27216
State Bar No.:  24027608
ifperez@jgkl.com
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
Weslaco, Texas 78596
Telephone:	(956) 968-5402
Telecopier:	(956) 969-9402

By:	/s/OCTAVIA D. MARTINEZ
OCTAVIA D. MARTINEZ, Co-Counsel
Federal I.D. No.: 3037038
State Bar No.: 24102148
ODMartinez@jgkl.com
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
Town Center Tower, Suite 300
2300 West Pike Boulevard
Weslaco, Texas 78596
Telephone:	(956) 968-5402
Telecopier:	(956) 969-9402

ATTORNEYS FOR PLAINTIFF
**HERNAN R. GARZA, III**

**CERTIFICATE OF SERVICE**

      I certify that on this the 3rd day of February, 2017, a copy of this Notice of Appearance of Co-Counsel was filed using the eFileTexas.gov system which automatically serves a Notice of Electronic Filing (TRCP 21a) by email on the following attorney(s):

<u>Attorneys for Defendants</u>

Steven Weller
Bickerstaff Heath Delgado Acosta LLP
3711 S. Mo-Pac, Building One, Suite 300
Austin, Texas 78746
Email: sweller@bickerstaff.com

Gunnar P. Seaquist
Bickerstaff Heath Delgado Acosta LLP
3711 S. Mo-Pac, Building One, Suite 300
Austin, Texas 78746
Email: gseaquist@bickerstaff.com

                                                                        /s/ IVAN F. PÉREZ
                                                                        IVAN F. PÉREZ