IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| HERNAN R. GARZA, III | § | |
| *Plaintiff* | § | |
| | § | |
| vs. | § | |
| | § | |
| RIO GRANDE CITY CONSOLIDATED | § | |
| INDEPENDENT SCHOOL DISTRICT, | § | |
| DANIEL J. GARCIA, EDUARDO RAMIREZ, | § | CIVIL ACTION NO. 7:16-CV 00641 |
| NORBERTO CANTU, BENITO SAENZ AND | § | |
| JUDITH SOLIS, INDIVIDUALLY AND IN | § | |
| THEIR CAPACITY AS MEMBERS OF THE | § | |
| BOARD OF TRUSTEES, AND JOEL TRIGO | § | |
| IN HIS OFFICIAL AND INDIVIDUAL | § | |
| CAPACITY, | § | |
| | § | |
| *Defendants* | § | |

## STIPULATION OF DISMISSAL

Plaintiff and Defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1.    Plaintiff is Hernan R. Garza, III; Defendants are the Rio Grande City Consolidated Independent School District, Daniel J. Garcia, Eduardo Ramirez, Norberto Cantu, Judith Solis and Joel Trigo in their official and individual capacities.

2.    In November 2016, Plaintiff sued Defendants.

3.    The parties have resolved their disputes and Plaintiff moves to dismiss the suit with prejudice.

4.    Defendants, who have all made appearances in the matter, agree to the dismissal of claims with prejudice.

5.     This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6.     A receiver has not been appointed in this case.

7.     This case is not governed by any federal statute that requires a court order for dismissal of the case.

8.     Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9.     This dismissal is with prejudice.


Respectfully Submitted,

/s/Ivan F. Perez
Ivan F. Perez
Federal I.D. No. 27216
State Bar No. 24027608
Jones, Galligan, Key & Lozano, LLP
Town Center Tower, Suite 300
2300 West Pike Boulevard
Weslaco, Texas 78596
Tel. (956) 968-5402
Fax. (956) 969-5402
ifperez@jgkl.com
Attorney for Plaintiff


/s/ Steven H. Weller
Steven Weller
State Bar No. 24039235
Southern Dist. Bar No. 2943704
Bickerstaff Heath Delgado Acosta LLP
3711 S. Mo-Pac, Building One, Suite 300

Austin, Texas 78746
Tel. (512) 472-8021
Fax. (512) 320-5638
sweller@bickerstaff.com
*Attorney-in-Charge for All Defendants*

Gunnar P. Seaquist
State Bar No. 24043358
Southern Dist. Bar No. 1140733
Bickerstaff Heath Delgado Acosta LLP
3711 S. Mo-Pac, Building One, Suite 300
Austin, Texas 78746
Tel. (512) 472-8021
Fax. (512) 320-5638
gseaquist@bickerstaff.com
*Co-counsel for All Defendants*

## CERTIFICATE OF SERVICE

I certify that on this the 22nd day of March, 2019, a copy of the Stipulation of Dismissal was filed using the CM/EDF electronic filing system on the following attorney(s):

Attorneys for Defendants

Steven Weller
Bickerstaff Heath Delgado Acosta LLP
3711 S. Mo-Pac, Building One, Suite 300
Austin, Texas 78746
Email: sweller@bickerstaff.com

Gunnar P. Seaquist
Bickerstaff Heath Delgado Acosta LLP
3711 S. Mo-Pac, Building One, Suite 300
Austin, Texas 78746
Email: gseaquist@bickerstaff.com

/s/ IVAN F. PÉREZ_____
IVAN F. PÉREZ